BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234
    E-mail: Kyle.Waldinger@usdoj.gov

Attorneys for United States of America

FILED
MAY 31 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 17-0295 HSG |
|---|---|
| Plaintiff, | ) **UNSEALING ORDER** |
| v. | ) |
| SALEEM KHAN, | ) |
| Defendant. | ) |

Good cause appearing therefor, it is hereby ordered that the entire case file in the above-captioned matter be UNSEALED.

DATED: May 31, 2017

                                      KANDIS A. WESTMORE
                                      United States Magistrate Judge

UNSEALING ORDER
CR 17-0295 HSG