UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SALEEM MOHAMMAD KHAN,<br><br>　　　　Defendant. | Case No. 4:17-cr-00295-HSG-1 (DMR)<br><br>**ORDER FOR REIMBURSEMENT OF COST OF COURT-APPOINTED COUNSEL** |

Saleem Mohammad Khan, is a defendant in this criminal matter. The Court has found defendant eligible for appointment of counsel under the Criminal Justice Act, and has further found that defendant has sufficient assets to make partial payment for the representation.

It is therefore ORDERED that defendant shall reimburse the United States District Court for the Northern District of California for the cost of court-appointed counsel as set forth herein.

**IT IS FURTHER ORDERED** that defendant shall pay as follows:

(X)　In monthly payments of $ 300.00 by no later than the first business day of each month beginning July 3, 2017.

Dated: June 7, 2017

_____
DONNA M. RYU
United States Magistrate Judge