1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (CABN 298752)
   ADAM A. REEVES (NYBN 2363877)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6830/7157
       Fax: (415) 436-7234
8      E-mail: Kyle.Waldinger@usdoj.gov/Adam.Reeves@usdoj.gov

9  Attorneys for United States of America

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,            )  NO. CR 17-0295 HSG
14                                      )
         Plaintiff,                     )
15                                      )  STIPULATION AND ORDER EXCLUDING TIME
      v.                                )  FROM JUNE 19, 2017 THROUGH SEPTEMBER
16                                      )  18, 2017
   SALEEM MOHAMMAD KHAN,                )
17                                      )
                                        )
18       Defendant.                     )
                                        )
19                                      )
                                        )
20                                      )
                                        )
21

22       It is hereby stipulated by and between counsel for the United States and counsel for the

23  defendant Saleem Mohammad Khan, that time be excluded under the Speedy Trial Act from June 19,

24  2017 through September 18, 2017.

25       1.      The parties made their initial district court appearance in this case on June 19, 2017.

26  Counsel informed the Court on that date that the government had produced approximately 11,000 pages

27  of discovery, including FBI FD-302 reports of the interviews of witnesses. After being advised of the

28  status of the case, the Court set the matter for a hearing on September 18, 2017, at 2:00 p.m.

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 17-0295 HSG

2. At the hearing on June 19, 2017, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act from June 19, 2017, through September 18, 2017, so that defense counsel could prepare, including by reviewing the discovery that already had been produced and that will be produced to defense counsel by the government. At the hearing on June 19, 2017, the government agreed that it would endeavor to make as complete a discovery production as possible within one month of that hearing.

3. The parties stipulate and agree that failing to exclude the time from June 19, 2017, through September 18, 2017, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from June 19, 2017, through September 18, 2017, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial and that, therefore, the time from June 19, 2017, through September 18, 2017, should be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

4. <u>Speedy Trial Act Implications</u>: Pursuant to Criminal Local Rule 47-2(c), counsel for the government calculates that, pursuant to 18 U.S.C. 3161 *et seq.*, there are seventy (70) Speedy Trial Act days remaining before a trial of the defendant Khan must commence.

5. The undersigned counsel for the government certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

SO STIPULATED.

DATED: June 23, 2017

BRIAN J. STRETCH
United States Attorney

/s/
_____
KYLE F. WALDINGER
Assistant United States Attorney

DATED: June 23, 2017

/s/
_____
CHRISTOPHER J. CANNON
Counsel for the defendant
Saleem Mohammad Khan

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 17-0295 HSG                                                                 2

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on June 19, 2017, and for good cause shown, the Court finds that failing to exclude the time from June 19, 2017, through September 18, 2017, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from June 19, 2017, through September 18, 2017, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 19, 2017, through September 18, 2017, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

_6/26/2017_
DATE

_Haywood S. Gilliam Jr._
Hon. HAYWOOD S. GILLIAM, JR.
United States District Judge