ALEX G. TSE (CABN 152348)
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
ADAM A. REEVES (NYBN 2363877)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6830/7157
    Fax: (415) 436-7234
    Kyle.Waldinger@usdoj.gov
    Adam.Reeves@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 17-0295 HSG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING ADDITIONAL RELEASE CONDITION** |
| v. | |
| SALEEM MOHAMMAD KHAN, | |
| Defendant. | |

## STIPULATION

The United States and the defendant, Saleem Mohammad Khan, through undersigned counsel, hereby stipulate and agree as follows:

1. The parties appeared before the Honorable Kandis A. Westmore on July 27, 2017, for a bail review hearing. At the hearing, the Court ordered that the defendant's pretrial release conditions be modified as recommended by U.S. Pretrial Services in its Memorandum to the Court dated June 15, 2017.

2. At the hearing on July 27, 2017, the Court also ordered the defendant not to move any of the assets currently located in his Vanguard individual retirement account out of that

STIPULATION AND [PROPOSED] ORDER
CR 17-0295 HSG

account as an additional condition of pretrial release. The Court directed the parties to craft a stipulation and proposed order memorializing this additional release condition.

    3.    Based on the above, the parties therefore stipulate and agree that the Court should enter the proposed order set out below for the purpose of memorializing the additional release condition set by the Court at the hearing on July 27, 2017.

STIPULATED AND AGREED TO:

DATED: August 10, 2017

ALEX G. TSE
Attorney for the United States
acting Under Authority Conferred
by 28 U.S.C. § 515

/s/
_____
KYLE F. WALDINGER
ADAM A. REEVES
Assistant United States Attorneys

DATED: August 10, 2017

/s/
_____
CHRISTOPHER J. CANNON
Counsel for Defendant
Saleem Mohammad Khan

### [~~PROPOSED~~] ORDER

**FOR GOOD CAUSE SHOWN** at the bail review hearing conducted on July 27, 2017 and in the above stipulation by the parties, it is hereby **ORDERED** that:

    1.    In addition to the release conditions recommended by U.S. Pretrial Services in its Memorandum to the Court dated June 15, 2017, the defendant's bond is modified to include the additional release condition that he not move any of the assets currently located in his Vanguard individual retirement account out of that account unless he receives permission from the Court to do so.

    2.    The defendant's compliance with this condition may be monitored by the assigned U.S. Probation Officer. The defendant is ordered to provide information to the assigned

1 | Probation Officer demonstrating his compliance with this release condition upon request by the
2 | assigned Probation Officer.

3. Defense counsel shall provide a copy of this executed Order to the defendant.

**SO ORDERED.**

DATED: 8/10/17

*Kandis Westmore*

HON. KANDIS A. WESTMORE
United States Magistrate Judge
Northern District of California

STIPULATION AND [PROPOSED] ORDER
CR 17-0295 HSG                                3