CHRISTOPHER J. CANNON, State Bar No. 88034
MATTHEW A. LAWS, State Bar No. 273697
Sugarman & Cannon
737 Tehama Street, No. 3
San Francisco, CA 94103
Telephone: 415-362-6252
Facsimile: 415-362-6431

Attorneys for Defendant SALEEM KHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>SALEEM KHAN,<br><br>        Defendant. | Case No. 17-CR-00295-HSG<br><br>**RE-NOTICE OF DEFENDANT SALEEM KHAN'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR A BILL OF PARTICULARS** |

**RE-NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that the hearing of Defendant Saleem Khan's Motion to Dismiss or in the Alternative for a Bill of Particulars (Doc. 28), previously noticed for December 18, 2016, at 2:00 p.m. in front of the Honorable Judge Gilliam, is hereby re-noticed for December 18, 2017, at 2:00 p.m.

Dated: October 23, 2017                    Respectfully submitted,

                                                              /s/
                                                    Christopher J. Cannon
                                                    Matthew A. Laws
                                                    Attorneys for SALEEM KHAN