CHRISTOPHER J. CANNON, State Bar No. 88034
MATTHEW A. LAWS, State Bar No. 273697
Sugarman & Cannon
737 Tehama Street, No. 3
San Francisco, CA 94103
Telephone: 415-362-6252
Facsimile: 415-362-6431
Attorneys for Defendant SALEEM KHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No. 17-CR-0295-HSG |
|---|---|
| Plaintiff, | |
| vs. | **SALEEM KHAN'S STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE/SUPERVISION** |
| SALEEM KHAN, | |
| Defendants. | |

The defendant, Saleem Mohammad Khan, and the United States of America, through undersigned counsel, hereby stipulate and agree as follows:

1. The parties appeared before the Honorable Kandis A. Westmore on April 11, 2018, for arraignment on the Superseding Indictment. At the hearing, counsel for the defendant raised the issue of modifying the terms of the defendant's pretrial release to allow travel throughout the State of California. The Court directed the parties to confer with the supervising probation officer and with each other regarding the proposed modification and to submit a stipulation and proposed order if the parties could agree on a modification.

2. After consultation with the defendant's supervising probation officer, the parties now stipulate and agree that Saleem Khan may travel throughout the State of California.

/

/

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF SUPERVISION
17-CR-0295-HSG                                                                                                                  1

For travel outside the Northern and Eastern Districts, however, Khan shall provide e-mail notification to his supervising probation officer and pretrial services prior to his departure from the Northern District and notify his supervising probation officer and pretrial upon his return to the Northern District.

Dated: April 16, 2018

/s/
Christopher J. Cannon
Attorney for SALEEM KHAN

Dated: April 16, 2018

/s/
Kyle F. Waldinger
Assistant United States Attorney

SO ORDERED

Dated: 4/17/18

The Honorable Kandis A. Westmore
United States Magistrate Judge