ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
ADAM A. REEVES (NYBN 2363877)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6830/7157
    Fax: (415) 436-7234
    E-mail: Kyle.Waldinger@usdoj.gov/Adam.Reeves@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 17-00295 HSG |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER SETTING TRIAL DATE AND CASE SCHEDULE AND DOCUMENTING EXCLUSION OF TIME FROM APRIL 9, 2018 TO FEBRUARY 4, 2019 |
| SALEEM MOHAMMAD KHAN, | ) |
| Defendant. | ) |

The parties appeared in this case on April 9, 2018 for a hearing on the defendant's unopposed motion to continue the trial date. At that hearing, the Court granted the motion and vacated the July 16, 2018 trial date, as well as all other previously set dates. The Court set a new trial date of February 4, 2019 and ordered that time be excluded under the Speedy Trial Act from the date of the hearing to February 4, 2019, based on the need for effective preparation of counsel. The Court directed the parties to meet and confer and submit a stipulation and proposed order setting a trial and case schedule and documenting the exclusion of time.

STIP. AND SETTING TRIAL DATE & CASE SCHEDULE &
DOCUMENTING EXCLUSION OF TIME [CR 17-00295 HSG]

Accordingly, the United States of America and the defendant Saleem Khan now stipulate and agree to the following trial and case schedule and also stipulate and agree as to the following regarding the Speedy Trial Act clock:

1. The trial in this case will commence at 8:30 a.m. on February 4, 2019, in Courtroom 2, 4th floor, 1301 Clay Street, Oakland, California.

2. Given the Martin Luther King, Jr., holiday on Monday, January 21, 2019, the parties jointly request that the Court schedule the pretrial conference for 3:00 p.m. on Tuesday, January 22, 2019, in Courtroom 2, 4th floor, 1301 Clay Street, Oakland, California. *In the alternative*, the parties jointly request that the Court schedule the pretrial conference for 2:00 p.m. on Monday, January 14, 2019. Because of the Christmas and New Year's holidays, counsel would strongly prefer the January 22, 2019 pretrial date, because if the pretrial conference is set for January 14, 2019, responses to motions *in limine* will have to be prepared over the Christmas and New Year's holiday period.

3. Irrespective of the date on which the Court schedules the pretrial conference, the parties will file pretrial filings in accordance with the Court's Criminal Pretrial & Trial Standing Order, except that the parties will file motions *in limine* in accordance with the schedule set out in the next paragraph.

4. The parties each will file any motions *in limine* by December 19, 2018. Any responses or oppositions to motions *in limine* will be filed at least one week before the scheduled pretrial conference.

5. The parties will make expert disclosures by October 22, 2018.

6. The parties stipulate and agree that failing to exclude the time from April 9, 2018 to February 4, 2019, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties further stipulate and agree that this exclusion of time is also warranted based on the complexity of the case and the need for continuity of defense counsel in light of the fact that defense counsel is currently set for trial in San Jose in May 2018 and in Sacramento in October 2018. 18 U.S.C. § 3161(h)(7)(B)(iv). Moreover, the parties stipulate and agree that the ends of justice served by excluding the time from April 9, 2018 to February 4, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial and that, therefore, the time from April 9, 2018 to February 4, 2019 should be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A)

and (B)(iv).

7. <u>Speedy Trial Act Implications</u>: Pursuant to Criminal Local Rule 47-2(c), counsel for the government calculates that, pursuant to 18 U.S.C. 3161 *et seq.*, at the time of the parties' appearance on April 9, 2018, there were seventy (70) Speedy Trial Act days remaining before a trial of the defendant Khan must commence.

8. The undersigned counsel for the government certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

SO STIPULATED.

Dated:  April 20, 2018                                          ALEX G. TSE
                                                                                Acting United States Attorney

                                                                                        /s/
                                                                                _____
                                                                                KYLE F. WALDINGER
                                                                                Assistant United States Attorney

Dated:  April 20, 2018                                                  /s/
                                                                                _____
                                                                                CHRISTOPHER J. CANNON
                                                                                Counsel for the defendant
                                                                                Saleem Mohammad Khan

## **ORDER**

Based upon the Court's rulings in open court on April 9, 2018, the representations made to the Court on April 9, 2018, and the facts set forth in the stipulation of the parties above, and for good cause shown, the Court ORDERS as follows:

1. The trial in this case will commence at 8:30 a.m. on February 4, 2019, in Courtroom 2, 4th floor, 1301 Clay Street, Oakland, California.

2. The pretrial conference shall be held at 3:00 p.m. on January 22, 2019, in Courtroom 2, 4th floor, 1301 Clay Street, Oakland, California.

3. Except for motions *in limine*, the parties will file pretrial filings in accordance with the Court's Criminal Pretrial & Trial Standing Order.

1        4.      The parties will file any motions *in limine* by December 19, 2018.  The parties will file any responses or oppositions to motions *in limine* at least one week prior to the scheduled pretrial conference.

         5.      The parties will make expert disclosures by October 22, 2018.

         6.      The Court finds that failing to exclude the time from April 9, 2018 to February 4, 2019 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and, furthermore, that that exclusion of time is warranted based on the complexity of the case and the need for continuity of defense counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from April 9, 2018 to February 4, 2019 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 9, 2018 to February 4, 2019 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

_April 23, 2018_____                                     _/s/ Haywood S. Gilliam, Jr._____
Date                                                                         Hon. HAYWOOD S. GILLIAM, JR.
                                                                                  United States District Judge