Sangita Chhagan
4067 Kinsale Street
Dublin, CA 94568
Tel: (925) 216-9936
sangita22@yahoo.com

*In Propria Persona*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SALEEM KHAN,<br><br>Defendant. | CASE NO. CR-17-0295 HSG<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL** |

Movant Sangita Chhagan respectfully seeks an order authorizing the filing under seal of her declaration in support of her Motion for Return of Property. She makes this request because the declaration contains sensitive information concerning the medical condition of her minor daughter. Public filing of the declaration would expose that information and compromise her daughter's privacy.

DATED: August 6, 2018            Respectfully submitted,


By ____*/s/*_____
    Sangita Chhagan
    *In Propria Persona*

**[PROPOSED] ORDER**

Upon the motion of movant Sangita Chhagan, and good cause appearing, it is hereby ORDERED that the Clerk of the Court shall file and maintain under seal the Declaration of Sangita Chhagan submitted in support of movant Sangita Chhagan's Motion for Return of Property.

IT IS SO ORDERED.

DATED: _____, 2018       _____
                                   HAYWOOD S. GILLIAM
                                   UNITED STATES DISTRICT JUDGE