Sangita Chhagan
4067 Kinsale Street
Dublin, CA 94568
Tel: (925) 216-9936
sangita22@yahoo.com

*In Propria Persona*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SALEEM KHAN,<br><br>Defendant. | CASE NO. CR-17-0295 HSG<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR RETURN OF PROPERTY**<br><br>Date: August 20, 2018<br>Time: 2:00 p.m. |

Having been advised by the parties' counsel that the issue raised in her Motion for Return of Property has been resolved without the need for the Court's intervention, Sangita Chhagan hereby withdraws her motion (Dkt. 64) without prejudice.

DATED: August 15, 2018                    Respectfully submitted,


                                          By ____/s/_____
                                             Sangita Chhagan
                                             *In Propria Persona*

1                                                               Case No. CR-17-0295 HSG
SANGITA CHHAGAN'S NOTICE OF WITHDRAWAL OF MOTION FOR RETURN OF PROPERTY