CHRISTOPHER J. CANNON, State Bar No. 88034
MATTHEW A. LAWS, State Bar No. 273697
Sugarman & Cannon
737 Tehama Street, No. 3
San Francisco, CA 94103
Telephone: 415-362-6252
Facsimile: 415-362-6431

Attorneys for Defendant  SALEEM KHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SALEEM KHAN,<br><br>Defendant. | Case No.  17-CR-00295-HSG (KAW)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR RELEASE OF LIENS ON SURETY PROPERTIES** |

     On June 1, 2018, Saleem Khan appeared before Magistrate Judge Westmore and requested modification to his pretrial release conditions in 17-CR-00295-HSG so that he might travel to Pakistan to attend prayers and memorial services for his recently deceased mother.  The defense proposed a combination of sureties to secure a $1,000,000 travel bond.  Judge Westmore spoke with two of three sureties and accepted their security contributions towards the bond.  A third surety was unable to attend court on June 1, and therefore Judge Westmore continued the bond hearing to June 5, 2018.  On June 4, 2018, Judge Gonzalez-Rogers received a travel request from probation in case 12-CR-00860-YGR and denied the request.  When the defense returned to continue the bond hearing on June 5, 2018, Judge Westmore declined to conclude the bond hearing, determining the matter moot due to Gonzalez-Rogers' denial in Khan's supervised release matter.  Judge Gonzalez-Rogers confirmed the denial of the travel request on June 7, 2018.  Dkt. No. 139, 12-cr-00860-YGR.

     Two sureties recorded deeds of trust on their properties in support of Khan's motion to travel. Hamid Khan recorded a deed of trust securing a bond with his property located at 11 Henshaw Ct.,

Sacramento CA 95832. Shabir and Asma Khan recorded a deed of trust securing a bond with their property at 341 Highfield Circle, Sacramento, CA 95832. Now that Khan's motion to travel has been denied, the parties stipulate and request this Court order the Clerk of the Northern District of California to execute the reconveyance documents releasing the liens on the properties, which are attached to this Stipulation and [Proposed] Order as Exhibits A and B. After executing the reconveyance documents, the parties request the Clerk mail the reconveyance documents to the individuals and addresses indicated at the top of each document.

**SO STIPULATED.**

DATED: September 12, 2018                    ALEX G. TSE
                                             United States Attorney


                                                     /s/
                                             KYLE F. WALDINGER
                                             Assistant United States Attorney



DATED: September 12, 2018                            /s/
                                             CHRISTOPHER CANNON
                                             Attorney for Defendant Saleem Khan


**SO ORDERD.**

DATED: 9/12/18

                                             Hon. Kandis A. Westmore
                                             United States Magistrate Judge

# EXHIBIT A

WHEN RECORDED MAIL TO:

Hamid Khan
11 Henshaw Ct.
Sacramento, CA 95832

THIS SPACE FOR RECORDER'S USE

## **FULL RECONVEYANCE**

Susan Y. Soong, Clerk, United States District Court for the Northern District of California as Trustee and Beneficiary under that certain Deed of Trust dated the __1st__ day of __June__, 20__18__, executed by __Hamid Khan__ as Trustor(s) and recorded on the __4th__ day of __June__, 20__18__ as instrument number __201806040619__ in Book __20180604__ at Page __619__ of Official Records, in the Office of the Recorder of __Sacramento__ County, California, having been requested in writing by the holder of the obligations secured by said Deed of Trust to reconvey the estate granted to Trustee under said Deed of Trust, DOES HEREBY RECONVEY to the person or persons legally entitled thereto, without warranty, all the estate, title & interest acquired by Trustee under said Deed of Trust.

Dated: _____

_____
Susan Y. Soong,
Clerk of Court, United States District Court

---

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT.

STATE OF CALIFORNIA } ss
COUNTY OF SAN FRANCISCO

On _____, before me, _____, Notary Public, personally appeared _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
SIGNATURE OF NOTARY PUBLIC                [SEAL]

*Form CAND GO-55-C (rev. 10/2015)*

# EXHIBIT B

WHEN RECORDED MAIL TO:

Shabir and Asma Khan
341 Highfield Circle,
Sacramento, CA 95832

THIS SPACE FOR RECORDER'S USE

## FULL RECONVEYANCE

Susan Y. Soong, Clerk, United States District Court for the Northern District of California as Trustee and Beneficiary under that certain Deed of Trust dated the <u>1st</u> day of <u>June</u>, 20<u>18</u>, executed by <u>Shabir Khan and Asma Khan</u> as Trustor(s) and recorded on the <u>4th</u> day of <u>June</u>, 20<u>18</u> as instrument number <u>201806040618</u> in Book <u>20180604</u> at Page <u>618</u> of Official Records, in the Office of the Recorder of <u>Sacramento</u> County, California, having been requested in writing by the holder of the obligations secured by said Deed of Trust to reconvey the estate granted to Trustee under said Deed of Trust, DOES HEREBY RECONVEY to the person or persons legally entitled thereto, without warranty, all the estate, title & interest acquired by Trustee under said Deed of Trust.

Dated: _____

_____
Susan Y. Soong,
Clerk of Court, United States District Court

---

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT.

STATE OF CALIFORNIA } ss

COUNTY OF SAN FRANCISCO

On _____, before me, _____, Notary Public, personally appeared _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
SIGNATURE OF NOTARY PUBLIC                    [SEAL]

*Form CAND GO-55-C (rev. 10/2015)*