CHRISTOPHER J. CANNON, State Bar No. 88034
MATTHEW A. LAWS, State Bar No. 273697
Sugarman & Cannon
737 Tehama Street, No. 3
San Francisco, CA 94103
Telephone: 415-362-6252
Facsimile: 415-362-6431
chris@sugarmanandcannon.com

Attorneys for Defendant SALEEM KHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>SALEEM KHAN,<br><br>    Defendant. | Case No. 17-CR-00295- HSG-<br><br>**DEFENDANT'S STATEMENT REGARDING EXPERT DISCLOSURES** |

    At this point in case preparation, Saleem Khan has not identified an affirmative expert; and does not intend to call an affirmative expert.

    After review of the government's expert report, the defense will potentially consult with an expert and prepare a rebuttal to the government's expert report.

Dated: October 22, 2018                    Respectfully submitted,


                                   _____/s/_____
                                   Christopher J. Cannon

1