CHRISTOPHER J. CANNON, State Bar No. 88034
MATTHEW A. LAWS, State Bar No. 273697
Sugarman & Cannon
737 Tehama Street, No. 3
San Francisco, CA 94103
Telephone: 415-362-6252
Facsimile: 415-362-6431

Attorneys for Defendant  SALEEM KHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SALEEM KHAN,<br><br>Defendant. | Case No. CR-17-0029 HSG<br><br>**DECLARATION OF CHRISTOPHER J. CANNON IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Christopher J. Cannon, hereby declare under penalty of perjury:

1) I represent defendant SALEEM KHAN in the above-captioned matter.

2) Civil Local Rule 79-5(b) allows documents to be filed under seal once a party establishes that the documents are "privileged... or otherwise entitled to protection under the law."

3) Criminal Local Rule 56-1(b) allows documents to be filed under seal "upon a request that establishes that a document is sealable because, for example, the safety of persons or a legitimate law enforcement objective would be compromised by the public disclosure of the contents of the document."

4) The defense requests that The Declaration of Counsel in Response to Motion to have Court Conduct Inquiry into Potential Conflict be filed under seal.  Sealing is necessary because the declaration contains a privileged discussion of defense strategy and communications from Mr. Khan.

DECLARATION OF CHRISTOPHER
J. CANNON IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL                    1
Case No. CR-17-0029 HSG

5) The government will not be prejudiced in any way by this filing under seal because the government is seeking to have the Court conduct an in camera inquiry regarding the issues discussed in the Declaration.

Executed under penalty of perjury of the laws of the United States of America on December 12, 2018 at San Francisco, California.

                                                           /s/
                                      Christopher J. Cannon
                                      Attorney for SALEEM KHAN

DECLARATION OF CHRISTOPHER J. CANNON IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. CR-17-0029 HSG     2