CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
737 Tehama Street, No. 3
San Francisco, CA 94103
Telephone: 415-362-6252
Facsimile: 415-362-6431
chris@sugarmanandcannon.com

Attorney for Defendant  SALEEM KHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SALEEM KHAN<br><br>　　　　Defendant. | Case No. 17-CR-0295 HSG<br><br>**[PROPOSED] ORDER SEALING DOCUMENTS** |

　　　　Counsel for SALEEM KHAN submitted the "DECLARATION OF COUNSEL IN RESPONSE TO MOTION TO HAVE COURT CONDUCT INQUIRY INTO POTENTIAL CONFLICT and Request to Seal that Declaration.  The Court has reviewed the Request to Seal along with the Declaration and finds good cause to seal the Declaration.  Therefore, the "DECLARATION OF CHRISTOPHER J. CANNON IN RESPONSE TO MOTION TO HAVE COURT CONDUCT INQUIRY INTO POTENTIAL CONFLICT" shall be permanently sealed.

　　　　**IT IS SO ORDERED.**

Dated:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Haywood S. Gilliam
　　　　　　　　　　　　　　　　　　　　United States District Court Judge