CHRISTOPHER J. CANNON, State Bar No. 88034
MATTHEW A. LAWS, State Bar No. 273697
Sugarman & Cannon
737 Tehama Street, No. 3
San Francisco, CA 94103
Telephone: 415-362-6252
Facsimile: 415-362-6431
chris@sugarmanandcannon.com

Attorneys for Defendant SALEEM KHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>SALEEM KHAN,<br><br>  Defendant. | Case No. 17-CR-00295 HSG<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING** |

So that Saleem Khan may participate in his son's graduation activities and attend to other important family matters, the parties agree to continue the sentencing date in this matter until July 29, 2019.

**SO STIPULATED.**

DATED: June 14, 2019

                                              /s/
Christopher J. Cannon
Attorney for SALEEM KHAN

                                              /s/
Kyle F. Waldinger
Assistant United States Attorney

**SO ORDERED.**

DATED: 6/17/19

*Haywood S. Gilliam Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge