UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>KHAN,<br><br>        Defendant. | Case No. 17-cr-00295-HSG-1<br><br>**ORDER REGARDING RESTITUTION** |

The Court finds that restitution is applicable under the Mandatory Victim Restitution Act, 18 U.S.C. § 3663A. The Court will review the supplemental materials Ross Stores submitted and determine the amount of restitution to be awarded. The Court will issue a detailed order setting out the restitution amount and the rationale for its findings. *See Dolan v. United States*, 560 U.S. 605, 608 (2010).

**IT IS SO ORDERED.**

Dated: 10/31/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge